THE STATE EX REL. LYNCH, APPELLEE, *v.* INDUSTRIAL COMMISSION
OF OHIO ET AL.; OHIO STATE UNIVERSITY, APPELLANT.

[Cite as *State ex rel. Lynch v. Indus. Comm.*
(2001), 91 Ohio St.3d 246.]

(No. 00–1396—Submitted February 27, 2001—Decided April 4, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

COOK, J., dissenting. Based on the rationale set forth in the decision of the court of appeals' magistrate, I respectfully dissent.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing dissenting opinion.

*Philip J. Fulton & Associates* and *Jonathan H. Goodman,* for appellee.

*Betty D. Montgomery,* Attorney General; *Dinsmore & Shohl, L.L.P.,* and *Michael L. Squillace,* Special Counsel, for appellant.